## Boucher, Admr., Appellant, v. Pennsylvania Railroad.

Argued Oct. 14, 1901. Appeal, No. 70, Oct. T., 1901, by plaintiff, from order of C. P. Westmoreland Co., Aug. T., 1898, No. 643, refusing to take off nonsuit in case of John N. Boucher, Administrator of Hamilton Smith, v. Pennsylvania Railroad Company. Before McCollum, C. J., Mitchell, Dean, Fell, Brown, Mestrezat and Potter, JJ. Affirmed.

OPINION BY MR. JUSTICE FELL, January 6, 1902:
This appeal raises the same question that has been considered in the case of Smith v. Penna. R. R. Co., and for the reasons stated in the opinion filed in that case the judgment is affirmed.